MAX N. LIPETZ, Appellant-Respondent, *v.* ALBERT J. PAPISH, Respondent-Appellant.

Argued January 5, 1955; decided February 24, 1955.

*Gordon M. Lipetz* for appellant-respondent.

*Louis Cohen* and *Solomon Raffe* for respondent-appellant.

Judgment affirmed, without costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.